IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 2:05CR3 (04) |
| | § | (Judge Ward) |
| ROBERT WORTH | § | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and upon request of the United States Attorney's Office, Counts 1 and 37 of the Indictment presently pending against ROBERT WORTH are hereby dismissed without prejudice.

**SIGNED this 6th day of May, 2005.**
Signed this _____ day of ___ 2005.

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE